AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Chauncy Devonte Lump, | ) | 20-6006-SNOW |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 3, 2020 _____ in the county of _____ Broward _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against the President. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lucas A. White, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/8/20

_____
*Judge's signature*

City and state: _____ Fort Lauderdale, Florida _____

LURANA S. SNOW, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lucas A. White, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.       I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code.  That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2.       I am a Special Agent with the United States Secret Service and have been so employed since October of 2017.  I am currently assigned to the Miami Field Office – Protective Intelligence Squad.  I have been assigned to assist the Broward County Sheriff's Office (BSO) Threat Management Division.  Some of my duties include, but are not limited to, investigating threats towards the President of the United States. Prior to my current assignment, I was a police officer with the Gulfport Police Department in Mississippi for five years.  Prior to my law enforcement experience with the Gulfport Police Department, I was a police officer with the New Orleans Police Department in Louisiana for four years.  I hold a Bachelor of Arts degree in political science from Louisiana State University and a Master of Arts degree in criminal justice from the University of Louisiana at Monroe.

3.       The information set forth in this Affidavit is provided in support of the attached criminal complaint, charging CHAUNCY DEVONTE LUMP (hereinafter "Lump") with threats against the President of the United States, in violation of Title 18, United States Code, Section 871.

4.       The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers

1

involved in this investigation.  I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation.  Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest LUMP for the violation above.

## STATUTORY AUTHORITY

5.      Title 18, United States Code, Section 871 makes it a federal crime to knowingly and willfully make a threat to kill, kidnap, or inflict bodily harm upon the President of the United States.

## PROBABLE CAUSE

6.      On or about January 2, 2020, the United States Department of Defense issued an Immediate Release that read: "[a]t the direction of the President, the U.S. Military has taken decisive defensive action to protect U.S. personnel abroad by killing Qasem Soleimani, the head of the Islamic Revolutionary Guard Corps-Quds Force, a U.S.-designated Foreign Terrorist Organization."

7.      Subsequently, media outlets throughout the world dedicated much of their airtime to covering Soleimani's death.

8.      On or about January 3, 2020, at approximately 3:13 p.m., President Trump made a televised statement from his residence in West Palm Beach, Florida: "[l]ast night, at my direction, the United States military successfully executed a flawless precision strike that killed the number-one terrorist anywhere in the world, Qasem Soleimani.  Soleimani was plotting imminent and sinister attacks on American Diplomats and military personnel, but we caught him in the act and terminated him."

9.      After President Trump's televised statement, at approximately 4:50 p.m. the

2

President travelled to Miami, Florida to attend an event; this too was captured by media outlets throughout the world. President Trump reiterated his words, "[l]ast night, at my direction, the United States Military executed a flawless strike that terminated the terrorist ringleader responsible for gravely wounding and murdering thousands and thousands of people and hundreds and hundreds at least, of Americans. Qasem Soleimani has been killed, and his bloody rampage is now forever gone." Following President Trump's remarks, the President travelled back to his residence in West Palm Beach, Florida.

10.     On or about January 3, 2020, at approximately 10:00 p.m., a BSO detective received information from a Facebook employee stating that a person known by the vanity name **chauncy.lump.94,** with an actual name listed as **BlackMan Vs America,** posted a Facebook Live video threatening President Donald Trump. The Facebook employee provided a copy of the video to the BSO Detective. The BSO Detective notified Special Agent Lucas White.

11.     The Facebook employee further provided the BSO detective with the telephone number and date of birth of the person who made the Facebook Live video. The telephone number ends in 4835 and the date of birth of is xx/xx/1993. Through publicly available database checks, BSO identified the Facebook vanity name **chauncy.lump.94** as LUMP.

12.     Further investigation linked this Facebook Live video to LUMP, residing in Broward County. In particular, law enforcement was able to match the Facebook Live video to LUMP's photograph contained in the Driver and Vehicle Information Database ("DAVID").

13.     In the Facebook Live video, LUMP has white cream on his face, a towel on his head, wrapped like a turban, and what appeared to be a shower curtain over his body. In the

3

background of the video, the viewer can hear music playing that appears to originate from the Middle East.

14.     When law enforcement reviewed the Facebook Live video, they learned that LUMP made several statements.  Included in LUMP's statements were explicit threats to kill and/or inflict bodily harm upon the President of the United States.

15.     During the seven minutes and ten seconds Facebook Live video, LUMP stated, among other things:

    a.  "He killed my leader, please tell me where is Donald Trump?"

    b.  "I need to find the Donald, because if I don't find him, I am going to have to blow up Broward County.  So Please tell me where he is, I don't want to have to blow up the Broward County tonight."

    c.  "Do not play with me, I have AK-47, I have it here, do not play with me, okay. I will come to Broward County tonight.  I am gonna to come to Broward County."[1]

    d.  "I am going to come to Broward County, I'm ready for Donald Trump, ok?"[2]

    e.  "[Laughter] I am in Boca, tell them to come get me from Boca, fifteen minutes from Palm Beach where Donald Trump is, tell them to come get me."[3]

    f.  "He killed my leader, and I have to kill him.  I am ready for Donald.  I am

---

[1] LUMP is brandishing what appears to be a loaded AK-47 that is fully loaded as he makes this statement.

[2] LUMP is brandishing what appears to be a loaded AK-47 magazine and a 50 round capacity 9mm drum magazine as he makes this statement.

[3] Facebook Live video allows Facebook users watching in real time to post comments to the video. An unknown viewer watching the video appears to have posted a comment to LUMP warning him, "I hope they come get your silly ass."

ready."

g.   "The Feds are watching.  I am not afraid of the Feds."

h.   "He was on the news earlier landing in Miami, please take this seriously; I am going to get all of you."

i.   "This is what I listen to before I cause trouble."

16.     Throughout the Facebook Live video, including the beginning, LUMP is observed laughing on four separate occasions.  However, three out of the four occasions he appears to be laughing in response to comments posted by viewers.

17.     On January 4, 2020, at approximately 2:00 a.m., law enforcement made contact with LUMP at his residence in Broward County, Florida.  After initialing and signing a "*Miranda* Warning - Your Rights" form, LUMP agreed to provide a statement to law enforcement.

18.     LUMP admitted to producing the Facebook Live video, and said he produced the video in response to the United States' killing of Iranian General Qasem Soleimani. LUMP said he earned a Bachelor's degree in Homeland Security from Bethune-Cookman University.  However, university officials are unable to confirm that Lump obtained a degree, and his records show he only completed one semester.  LUMP said he produced the video with his cell phone, while at his residence.  LUMP said the threats in the video were intended to be a joke.  However, at no point in the video did LUMP claim he was joking.  In fact, Lump stated to law enforcement, "I shouldn't have did it in the first place."

19.     At the time of the interview, LUMP possessed a loaded, Glock 9mm semi-automatic pistol, a motor vehicle and had $800.00 in U.S. currency in his possession.  LUMP holds a concealed weapon or firearm license in the state of Florida and is a licensed security

officer in the State of Florida.  LUMP is currently employed as a security guard.

## CONCLUSION

20.    Based on the above information, I respectfully submit that there is probable cause to believe that CHAUNCY DEVONTE LUMP, on January 3, 2019, in Broward County, in the Southern District of Florida, knowingly and willfully made threats to kill and inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871.

FURTHER AFFIANT SAYETH NAUGHT.

Lucas A. White, Special Agent
United States Secret Service

Sworn to and subscribed before me
this _8_ day of January, 2020 in Miami, Florida.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

6