# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 1/15/20    Time: 1:00 p.m.

Defendant: Chauncy Devonte Lump    J#: _____    Case #: 20-6006-Snow
AUSA: Scott Strauss (Tom Lanigan Duty)    Attorney: Anthony Garrett, Esq (TEMP)
Violation: Threats Against the President
Proceeding: PTD Hearing / Report Re Counsel    CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD
Bond Set at: $25,000-CSB W/Nebbia    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear to all hearings and commit no new crimes

Language: _____

Disposition:
All parties present.

Govt proceed by proffer - Agent Michael White (SS) - Cross - Redirect.

Argument by both parties.

The Court granted the govt's motion.

Deft shall be detained.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:    1/24/20    11:00 a.m.    Duty    FTL
PTD/Bond Hearing:
Prelim/Arraign or Removal:    1/24/20    11:00 a.m.    Duty    FTL
Status Conference RE:

Check if Applicable: ☐    The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R.    13:48:11    Time in Court:    1 hour