UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-mj-06006-SNOW

UNITED STATES OF AMERICA

vs.

CHAUNCY LUMP,

         **Defendant.**
_____/

FILED BY _____ D.C.

JAN 2 3 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses, without prejudice, the complaint in the above-captioned case.

Respectfully submitted,

By: ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: 1/23, 2020

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record